**EXHIBIT 1**

**PAYMENTS TO SUNBELT RENTAL CARS LLC by BDC GROUP, INC.**

| | | |
|---|---|---|
| 03.31.23 | $2,020.14 | Payment made with Capital One credit card, posted 04.01.23 |
| 05.23.23 | $2,736.33 | Payment made with Capital One credit card, posted 05.24.23, |
| 05.24.23 | $15,522.36 | ACH Payment Internet Telecheck from BDC Bank account, recorded as BDC Group check #4066 |